UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GLEN MORALES,<br><br>        Petitioner,<br><br>vs.<br><br>JAMES A. YATES, WARDEN OF<br>PLEASANT VALLEY STATE PRISON,<br><br>        Respondent. | Case No. SACV 08-0540-AHM(RC)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE:  May 26, 2009

                                    A. HOWARD MATZ
                           UNITED STATES DISTRICT JUDGE

**JS-6**